PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
# Civil Cover Sheet

08CV2546
JUDGE DOW JR.
MAG. JUDGE COX

**Plaintiff(s):**   KENNETH POINDEXTER

**Defendant(s):**   COOK COUNTY PUBLIC DEFENDERS OFFICERS, et al.

**County of Residence:**   BROWN

**County of Residence:**

**Plaintiff's Address:**

Kenneth Poindexter
R-06316
Western - WST
R.R. 4, Box 196
Mt. Sterling, IL  62353

**Defendant's Attorney:**

J.N   FILED
MAY X 5 2008
5-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**   ☐ 1. U.S. Government Plaintiff   ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant   ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**   ☑ 1. Original Proceeding          ☐ 5. Transferred From Other District

☐ 2. Removed From State Court      ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court  ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** M. Burke          **Date:** 5/5/08