HHW

**FILED**
5-5-2008
MAY 5 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Kenneth Poindexter

V.

Defendant(s) Cook County Police Defenders Officers, Sara Peter

08CV2546
JUDGE DOW JR.
MAG. JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Kenneth Poindexter__ , declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:




3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Kenneth Poindexter__
Movant's Signature

__2500 Rt 99 South__
Street Address

__04-24-2008__
Date

__H__
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | _____ | Case Number: _____ |
|---|---|---|
| Case Title: | _____ | |
| Appointed Attorney's Name: | _____ | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | _____ | Case Number: _____ |
|---|---|---|
| Case Title: | _____ | |
| Appointed Attorney's Name: | _____ | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | _____ | Case Number: _____ |
|---|---|---|
| Case Title: | _____ | |
| Appointed Attorney's Name: | _____ | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | _____ | Case Number: _____ |
|---|---|---|
| Case Title: | _____ | |
| Appointed Attorney's Name: | _____ | |
| If this case is still pending, please check box | ☐ | |