# United States District Court
## Northern District of Illinois
### Eastern Division

Poindexter                                    **JUDGMENT IN A CIVIL CASE**

        v.                                    Case Number: 08 C 2546

Ciook County Public Defender

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Kenneth Poindexter's motion for leave to file his complaint *in forma pauperis* [3] is granted. However, the complaint is dismissed for failure to state a valid federal claim, and the case therefore is terminated. The Court authorizes the trust fund officer at Plaintiff's place of confinement to deduct $1.40 from Plaintiff's account and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to the trust fund officer at the Western Illinois Correctional Center. This dismissal of Plaintiff's complaint does not count as one of his three allotted dismissals under 28 U.S.C. § 1915(g). Plaintiff's motion for the appointment of counsel [4] is denied.

Michael W. Dobbins, Clerk of Court

Date: 6/2/2008

_____

/s/ Theresa B. Kinney, Deputy Clerk