BB

FILED

JUL 7 2008

JUL 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kenneth Poindexter

      Plantiff               Case No: 08 C 2546

   vs

Cook County Public Defender

        Defendant

     Motion for More time to File Appeal

     Now comes Kenneth Poindexter, Plantff, pro se and move this Honorable Court to grant him more time to file his appeal in this matter.

    1) In support of this motion, Plantiff states the following he is currently confined a Western Illinois Correctional Center, and is unable to go to the Law Library and get his appeal Eg ready do to the fact that Western Illinois Correctional as been on lock down, So the Plntff is asking for more time to get his appeal ready in this case.

     Wherefore, the Plantiff ask this motion to be granted.

                Kenneth Poindexter

                2500 Rt 99 South

                Mt Sterling, IL 62353

~~COUNTY OF~~ _____

## AFFIDAVIT

I, _Kenneth Bindertie_ , a prisoner incarcerated at the _Western_

Correctional Center, in _Mt Sterling_ , Illinois, have read and understand the

above Petition for Post-Conviction Relief. All of the facts presented in this Petition are

true and correct to the best of my recollection.

_____
AFFIANT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under
penalty of perjury, that everything contained herein is true and accurate
to the best of my knowledge and belief. I do declare and affirm that the
matter at hand is not taken either frivolously or maliciously and that I
believe the foregoing matter is taken in good faith.

Signed on this _28_ day of _June_ , 200_0X_ .

_____ Affiant

Revised Jan 2002

IN THE

U.S District Court
_____

Kenneth Poindexte                    )
Plaintiff,                           )
                                     )
                                     )  Case No. 08 C 2546
        v.                           )
                                     )
Cook County Poble                    )
Defendant                            )

PROOF/CERTIFICATE OF SERVICE

TO: U.S District Court                    TO:

219 south Dearborn
Chicago, Ill, 60604

PLEASE TAKE NOTICE that on __June 20__, 20_08_, I have placed the documents listed below in the institutional mail at __Western__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 06-18-06

                                    /s/ _____
                                    NAME: Kenneth Poindexte
                                    IDOC#: R06216
                                    __Western__ Correctional Center
                                    P.O.BOX 2500 rt 99 South
                                    Mt Steling, IL 62353

Revised Jan 2002