UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kenneth Poindexter
                                   Plaintiff,
v.                                                          Case No.: 1:08−cv−02546
                                                            Honorable Robert M. Dow Jr.

Cook County Public Defenders Officers, et al.
                                   Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs motion for an extension of time to appeal [#9] is granted. Pursuant to Fed. R. App. P. 4(a)(5)(C), the Court may extend the time deadline for filing a notice of appeal for no more than 30 days after the prescribed timeor 10 days after the date when the order granting the motion is entered. Plaintiff moved for the extension of time within 30 days after the expiration of the time prescribed by Rule and has shown good cause on account of thecircumstances of his incarceration. The later of the possible dates for the extension permitted by Rule is August 7, 2008, and the time for Plaintiff to file a notice of appeal thus is extended to that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.